**Order entered February 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00903-CV

**ALBERT LUTTERODT, Appellant**

**V.**

**DAVID J. POTTER AND JACKSON M. POTTER, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01182-D**

## ORDER

Before the Court is appellant's February 11, 2020 motion requesting a ninety-day stay of the appeal. This is appellant's second motion to stay. In the first motion, appellant sought, in part, a ten-day extension of time to file his opening brief. We granted the extension and ordered the opening brief be filed no later than February 13, 2020. Having previously granted two other extensions totaling sixty-eight days, we also cautioned appellant that further extension requests would be disfavored.

We construe appellant's second motion to stay as an extension motion and **GRANT** it to the extent that we **ORDER** appellant to file his brief by **March 16, 2020**. *We strongly caution appellant that a failure to file a brief by this date may result in the dismissal of the appeal for want of prosecution. See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

/s/     BILL WHITEHILL
JUSTICE